# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162057(3)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ZACK B. BROWN,
      Plaintiff,

v

SC: 162057
AGC: 20-0965

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

On order of the Chief Justice, the motion of plaintiff to waive the filing fees in this matter is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2020



Clerk